**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 641 EAL 2019
                        Respondent          :
                                         :   Petition for Allowance of Appeal
                                         :   from the Order of the Superior Court
              v.                        :
                                         :
                                         :
LUIS CAMACHO,                        :
                                         :
                     Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.